Form B 250B (12/09)

United States Bankruptcy Court
Middle District of Tennessee

In re:
JOAN BOYD HARDEN,	Bankruptcy Case No. 3:04-bk-06325

    Debtor(s).	Chapter 7
	Judge Harrison

ERICA R. JOHNSON, Trustee,

    Plaintiff(s)

    v.	Adversary
	Proceeding No. 3:21-ap-90120

JOAN BOYD HARDEN,
JOHN MICHAEL GRESHAM,
BEVERLY GRESHAM,
DARRYL HARVEY, in his capacity as trustee
of the 15th Avenue Harvey Trust, and
POSSIBLE HEIRS, SUCCESSORS, ASSIGNS
OF CONSTANCE GRESHAM (deceased), and
PERRY GRESHAM (deceased),

    Defendant(s)

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
IN AN ADVERSARY PROCEEDING**

<u>To the Defendant(s)</u>: YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> UNITED STATES BANKRUPTCY COURT
> MIDDLE DISTRICT OF TENNESSEE
> 701 BROADWAY, ROOM 170
> NASHVILLE, TN 37203

Form B 250B (12/09)

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY:
>
> **Justin T. Campbell**
> Thompson Burton PLLC
> 1801 West End Avenue, Suite 1550
> Nashville, TN 37203

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| | DATE & TIME |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF TENNESSEE<br>701 BROADWAY, SECOND FLOOR<br>NASHVILLE, TN 37203<br><br>**VIA ZOOM CALL-IN NUMBER 833-568-8864; MEETING ID 160 2983 9352**<br>**(AUDIO ONLY)** | 10/20/2021<br>1:15 p.m. |

**If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the bankruptcy court and judgment by default may be taken against you for the relief demanded in the complaint.**

To the Plaintiff(s): You must serve this Summons and Notice of Pretrial Conference together with the complaint no later than 7 days after the issuance date shown below. If more than 7 days pass before service is completed, a new summons must be requested and served.

| | |
|---|---|
| 8/27/2021 | /s/      Teresa C. Azan |
| Issuance Date | Clerk of the Bankruptcy Court |
| | By:  Jeremy Keimer |
| | Courtroom Deputy Clerk |



Form B 250B (12/09)

# CERTIFICATE OF SERVICE

I, _____certify that service of this summons and a copy of the complaint was made _____ by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of \_\_\_\_\_, as follows: [Describe briefly]

☐ If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

    Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____      Signature _____

    Print Name: _____

    Business Address: _____

    _____

Form B 250B (12/09)

United States Bankruptcy Court
Middle District of Tennessee

In re:
JOAN BOYD HARDEN,  Bankruptcy Case No. 3:04-bk-06325

    Debtor(s).  Chapter 7
  Judge Harrison

ERICA R. JOHNSON, Trustee,

    Plaintiff(s)

  Adversary
v.  Proceeding No. 3:21-ap-90120

JOAN BOYD HARDEN,
JOHN MICHAEL GRESHAM,
BEVERLY GRESHAM,
DARRYL HARVEY, in his capacity as trustee
of the 15th Avenue Harvey Trust, and
POSSIBLE HEIRS, SUCCESSORS, ASSIGNS
OF CONSTANCE GRESHAM (deceased), and
PERRY GRESHAM (deceased),

    Defendant(s)

## PRELIMINARY PRETRIAL ORDER

    The party responsible for serving the summons shall, along with the summons, serve a copy of this Preliminary Pretrial Order on all parties.

    **COUNSEL FOR ALL PARTIES ARE ORDERED** to confer with all opposing counsel and pro se parties at least seven (7) days before the pretrial conference, and together prepare in writing and file **no less than five (5) days prior to the pretrial conference**, a **JOINT DOCUMENT**, captioned **"PRETRIAL STATEMENT"** containing the following:

### FOR PLAINTIFF

    1.    A brief statement of each claim or cause of action.
    2.    A brief summary of plaintiff's contentions of fact in support of each claim or cause of action and the evidence to be relied upon to establish those facts.

## FOR DEFENDANT

1. A brief statement of each defense.
2. A brief summary of defendant's contentions of fact in support of each defense and the evidence to be relied upon to establish those facts.

## FOR THE INTERVENOR(S), THIRD-PARTY PLAINTIFF(S), (DEFENDANTS), ETC.

1. A brief statement of each claim, cause of action or defense.
2. A brief summary of facts in support of each claim, cause of action or defense, and the evidence to be relied upon to establish those facts.

## FOR ALL PARTIES

1. A statement of all admitted or uncontested facts.
2. Each party's brief statement of contested facts.
3. Each party's brief statement of contested legal issues.

All of the above is to be incorporated in one document which is to be signed by all attorneys and pro se parties prior to the filing. **Failure to comply with this order may result in dismissal of the action, default, the assessment of costs and attorneys' fees or other appropriate remedies.**

ORDERED this 27th day of August, 2021.

/s/ MARIAN F. HARRISON
U.S. BANKRUPTCY JUDGE