Form B 250B (12/09)

## CERTIFICATE OF SERVICE

I, __Justin T. Campbell_____ certify that service of this summons and a copy of the complaint was made __8/30/2021_____ by:

☒ **Mail service:** Regular, first class United States mail, postage fully pre-paid, addressed to: Joan Boyd Harden
2328 Green Trails Ct.
Antioch, TN 37013

☐ **Personal Service:** By leaving the process with the defendant or with an officer or agent of defendant at:

☐ **Residence Service:** By leaving the process with the following adult at:

☐ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

☐ **Publication:** The defendant was served as follows: [Describe briefly]

☐ **State Law:** The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

☐ If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __8/31/2021_____    Signature _____/s/ Justin T. Campbell_____

Print Name:    Justin T. Campbell

Business Address:    1801 West End Avenue, Suite 1550

Nashville, TN 37203