Form B 250B (12/09)

# CERTIFICATE OF SERVICE

I, ___Justin T. Campbell_____ certify that service of this summons and a copy of the complaint was made ___8/30/2021_____ by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: Beverly Gresham
786 W. 9th Street
Deltona, FL 32725

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

☐ If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date ___8/31/2021_____  Signature _[signature]_____

Print Name:        Justin T. Campbell

Business Address: 1801 West End Avenue, Suite 1550

Nashville, TN 37203