Form certmail

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

**Adversary Proceeding No.: <u>3:21–ap–90120</u>**
**Related Bankruptcy Proceeding No.: <u>3:04–bk–06325</u>**

In re: Debtor : JOAN BOYD HARDEN

Plaintiff : Erica R. Johnson

   vs

Defendant : JOAN BOYD HARDEN

## CERTIFICATE OF MAILING

I hereby certify a true copy of the Order was mailed postage prepaid to the party or parties listed below, on 12/9/21.

JOAN BOYD HARDEN
2328 Green Trails Court
ANTIOCH, TN 37013

Beverly Gresham
786 W. 9th Street
Deltona, FL 32725

John Michael Gresham
255 Twelve Mile Road
Princeton, WV 24739

Dated: 12/9/21                                           TERESA C. AZAN
                                                             Clerk, U.S. Bankruptcy Court

                                                             BY: /s/ knh
                                                             Deputy Clerk